

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2014

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO., LTD.**, Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

In this accelerated appeal, Appellee's brief is due to be filed with this court on September 15, 2014. *See* TEX. R. APP. P. 38.6(b). On August 29, 2014, Appellee filed an unopposed first motion for extension of time to file the brief until October 6, 2014.

Appellee's motion for extension of time is GRANTED. *See id.* R. 38.6(d). Appellee's brief is due to be filed with this court by October 6, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court